IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DR. ANDREW B. CURTIS and BRITTANI CURTIS, <br><br> Plaintiffs, <br><br> vs. <br><br> EIDE BAILLY, LLC, EIDE BAILLY FINANCIAL SERVICES, LLC, BRAD M. KELLEY, E4 FINANCIAL SERVICES, LLC, and E4 BROKERAGE, LLC, <br><br> Defendants. | CV 21-132-BLG-SPW-KLD <br><br> ORDER |

Plaintiffs move for the admission of Kristine Larsen to practice before this Court in this case with Ben Sather to act as local counsel. Ms. Larsen's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' motion to admit Kristine Larsen pro hac vice is GRANTED on the condition that Ms. Larsen shall do her own work. This means that Ms. Larsen must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF").

1

Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Ms. Larsen may move for the admission pro hac vice of one (1) associate of her firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Ms. Larsen

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Larsen, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 22nd day of January, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge