IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DR. ANDREW B. CURTIS and BRITTANI CURTIS, <br><br> Plaintiff, <br><br> vs. <br><br> EIDE BAILLY FINANCIAL SERVICES, LLC; E4 INSURANCE SERVICES, LLC; E4 BROKERAGE, LLC and PRINCIPAL NATIONAL LIFE INSURANCE COMPANY, <br><br> Defendants. | CV 21-132-BLG-KLD <br><br> ORDER OF RECUSAL |

I hereby recuse myself from this matter. Accordingly, I ask that this case be reassigned.

DATED this 4th day of March, 2022.

Kathleen L. DeSoto
United States Magistrate Judge