IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DR. ANDREW B. CURTIS and BRITTANI CURTIS,<br><br>   Plaintiffs,<br> v.<br><br>EIDE BAILLY FINANCIAL SERVICES, LLC, E4 INSURANCE SERVICES, LLC, E4 BROKERAGE, LLC,<br><br>   Defendants.<br><br>EIDE BAILLY FINANCIAL SERVICES, LLC,<br><br>   Third-Party Plaintiff/<br>   Counterclaim Defendant<br> vs.<br><br>ROBERT B. SHAW,<br><br>   Third Party Defendant/<br>   Counterclaim Plaintiff | Case No.: CV-21-132-SPW<br><br>**ORDER** |

Upon the Defendants E4 Insurance Services, LLC and E4 Brokerage, LLC's Motion for Joinder of EBFS' Motion for Summary Judgment (Doc. 82), and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion (Doc. 82) is **GRANTED**. Defendants E4 Insurance Services, LLC and E4 Brokerage, LLC are joined as parties in EBFS' Motion for Summary Judgment (Doc. 79).

The Clerk of Court shall notify the parties of the entry of this Order.

DATED this 7th day of May, 2024.

SUSAN P. WATTERS
United States District Court Judge